MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7301
    Fax: (415) 436-6753
    E-Mail: natalie.lee2@usdoj.gov

Attorneys for the United States of America

FILED
MAY 3 0 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 4:13-mj-70444 |
| v. | |
| ROGER TODD MURRINGTON, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMITS OF RULE 5.1(c) AND EXCLUDING TIME |
| Defendant. | |

On May 22, 2013, the parties in this case appeared before the Court for an initial appearance on a Complaint, and the government moved for detention. The parties now submit this Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until June 11, 2013.

Pursuant to Rule 5.1(d), the defendant consents to this extension of time and waiver, and the parties represent that good cause exists for the extension, including the effective preparation of counsel. The requested continuance is needed to allow counsel sufficient time to prepare and review discovery that the government has provided, and the failure to grant the continuance

STIPULATION & [PROPOSED] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 13-mj-70444

requested would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, the parties agree that the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from May 22, 2013 to June 11, 2013, and that the arraignment/ preliminary hearing be continued until June 11, 2013. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May _28_, 2013    /s/
NATALIE LEE
Assistant United States Attorney

DATED: May _28_, 2013    /s/
NED SMOCK
Attorney for Roger Murrington

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from May 22, 2013 through June 11, 2013 is warranted and that a continuance of the defendant's arraignment / preliminary hearing to June 11, 2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/30/13

THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge