IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROGER TODD MURRINGTON,<br><br>　　　　Defendant.<br>_____/ | No. CR 13-00365 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

　　The Court has reviewed Magistrate Judge Ryu Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

　　Defendant Roger Todd Murrington's plea of guilty is accepted by the Court as to Count Three of the indictment charging Defendant Roger Todd Murrington with possession with the intent to distribute a controlled substance in violation of 21 U.S.C. §841(a)(1).  Sentencing is set for Monday, January 6, 2014, at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 10/25/2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: DMR; MagRef